■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR BLANCO, Appellant. [724 NYS2d 836] —Judgment, Supreme Court, Bronx County (Patricia Williams, J.), rendered July 31, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in or near school grounds, criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4 1/2 to 9 years, unanimously affirmed.

Defendant's challenge to the court's omission from its final charge of an instruction regarding the weight to be accorded a police officer's testimony is unpreserved and we decline to review it in the interest of justice. Were we to review this claim, we would find no basis for reversal, particularly since the court had provided an appropriate instruction on the issue in its opening remarks.

Defendant has also failed to preserve for appellate review his contentions with respect to the prosecutor's summation and we decline to review them in the interest of justice. Were we to review these claims, we would find that while the prosecutor's comment comparing defense counsel to a magician performing tricks was improper, it would not warrant reversal in the

context of the defense and prosecution summations as a whole and the overwhelming evidence of defendant's guilt (*see, People v Shears,* 184 AD2d 357, *lv denied* 80 NY2d 909). The other challenged remarks were fair comments on the evidence that were responsive to credibility arguments raised by the defense (*see, People v Overlee,* 236 AD2d 133, *lv denied* 91 NY2d 976; *People v D'Alessandro,* 184 AD2d 114, 118-119, *lv denied* 81 NY2d 884).

Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Sullivan, P. J., Rosenberger, Tom, Andrias and Marlow, JJ.